PROB 12C
(NYEP-12/2/04)

# United States District Court
## for the
## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision



Name of Offender: **Richard Frangipane**     Case Number **02-CR-292**

Name of Sentencing Judicial Officer: **The Honorable Nicholas G. Garaufis, U.S. District Judge**

Date of Original Sentence: **December 13, 2002**

Original Offense: **Possession of Obscene Material, a class D felony in violation of 18 U.S.C. 1462(a).**

Original Sentence: **3 years probation, $100 S.A.F. Special conditions imposed are as follows: (1) Sex offender treatment with polygraph testing; (2) No possession of firearm or destructive device; (3)Compliance with forfeiture clause; (4)Computer monitoring and restriction; and (5) a search condition. On May 29, 2003, Your Honor imposed a special condition for no contact with minors.**

Type of Supervision: **Probation**     Date Supervision Commenced: **December 18, 2002**

Assistant U.S. Attorney: **Katya Jestin, Esq.**     Defense Attorney: **John M. Murphy, Esq.**

---

## PETITIONING THE COURT

☐ To issue a warrant.

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | Failure to Follow the Directive of the Probation Officer |

U.S. Probation Officer Recommendation:

☐     The term of supervision should be

       ☐    Revoked

       ☐    Extended for _____ years, for a total term of _____ years.

☒     The conditions of supervision should be modified as follows:

      For a period of 150 days, the defendant shall remain in his or her home of record. The defendant is only authorized to leave for employment or other necessary activities with the approval, in advance, of the Probation Department. The home confinement period shall commence on a date approved by the Probation Department. While serving the period of home confinement, the defendant shall wear an electronic monitoring bracelet or similar tracking device and follow all requirements and procedures established for Home Confinement by the Probation Department and the Administrative Office of U.S. Courts. In addition, the defendant shall pay the costs of home confinement, including the price of electronic monitoring equipment, to the degree he or she is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay.

      I declare under penalty that the foregoing is true and correct.

                                               Respectfully submitted by:

                                               Elizabeth Daly
                                               U.S. Probation Officer
                                               Date: 3/29/05

                                               Approved by:

                                               Eileen Kelly
                                               Deputy Chief U.S. Probation Officer
                                               Date: 3/29/05

THE COURT ORDERS:

☐     No Action

☐     The Issuance of a Warrant.

☒     The Issuance of a Summons.

☐     Other

5/25/05 @ 11:30 am

Signed by Judge Garaufis 5/4/05.